DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

UNITED STATES OF AMERICA,       )
                                )
                                )   Magistrate No. 2016- 30
         v.                     )
                                )
                                )
KEENAN POWELL-RYDER,            )
                                )
         Defendant.             )
                                )
_____)

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Alicia Blyden, being first duly sworn, do hereby depose and state that:

1. I am a Special Agent employed by the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). I am assigned to the Office of the Resident Agent in Charge for St. Thomas, Virgin Islands. I have been employed as a Special Agent with HSI since May 2007. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ICE – Homeland Security Investigations Academy's Special Agent Training Program located in Glynco, Georgia.

2. My duties as an HSI Special Agent include, but are not limited to, investigating violations of the Immigration and Nationality Act, United States customs laws, and the Controlled Substances Act. I have received extensive training in investigating violations of and enforcing the Controlled Substances Act of the United States.

3. The statements contained in this affidavit are based upon my personal knowledge, as well as information provided to me by other law enforcement officials. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation.

4. This affidavit contains information necessary to support probable cause of this complaint. This affidavit is not intended to include each and every fact and matter observed by me or known to the United States Government.

5. This affidavit is made solely for the limited purpose of setting forth probable cause to believe that Keenan Kamar POWELL-RYDER, knowingly and/or intentionally possessed with intent to distribute or dispense, a controlled substance in violation of Title 21 USC 841(a)(1).

6. On April 19, 2016, at approximately 1400 hours, POWELL-RYDER arrived at the Cyril E. King International Airport in St. Thomas, United States Virgin Islands, on Delta Airlines flight 571 from Atlanta, Georgia. On arrival, POWELL-RYDER was met by CBP officers and asked if he had any checked luggage. POWELL-RYDER stated that he did not have any checked luggage. CBP officers discovered a checked bag from that Delta Airlines flight 571, bearing the name Keenan POWELL-RYDER matching the name of the individual in question, POWELL-RYDER. CBP K-9 named "Bo" working in conjunction with CBP K-9 handler Officer Lopez, alerted positively to the presence of controlled substance within the checked luggage of POWELL-RYDER.

7.  POWELL-RYDER was escorted to the secondary inspection area of the airport for further examination. Further examination revealed that the checked baggage bearing the name of Keenan POWELL-RYDER also corresponded to a Passenger Name Record ("PNR") number that was an exact match to the PNR number on POWELL-RYDER's boarding pass. The PNR is a number generated by the airline carrier that contains the passenger's identification number and itinerary. After conducting further examinations of the checked luggage bearing the name POWELL-RYDER, CBP officers discovered approximately 14.99 kilograms of green leafy substance which was field tested positive for the presence of marijuana.

8.  Based on my training and experience, I respectfully submit to the Court that probable cause exists to believe that on or about April 19, 2016, in St. Thomas, within the District of the Virgin Islands, that Keenan Kamar POWELL-RYDER, knowingly or intentionally possessed with intent to distribute or dispense, a controlled substance in violation of Title 21 USC 841(a)(1).

Further Affiant Sayeth Not.

_____
Alicia Blyden
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this 20th day of April, 2016.

_____
Honorable Ruth Miller
United States Magistrate Judge
District Court of the Virgin Islands